STATE v. STANLEY

No. 562P83.

Case below: 64 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984.

STATE v. THOMPSON

No. 516P83.

Case below: 64 N.C. App. 418.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 10 January 1984.

TAR LANDING VILLAS v. TOWN OF ATLANTIC BEACH

No. 578P83.

Case below: 64 N.C. App. 239.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 10 January 1984.

WILLIAMS v. HYDRO PRINT

No. 582P83.

Case below: 65 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 denied 10 January 1984.

WOLFE v. WOLFE

No. 542P83.

Case below: 64 N.C. App. 249.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984.